HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-mj-00140-SAB |
| *Plaintiff,* | ) ) ) | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | ) ) | |
| MICHAEL ANTHONY GARCIA, | ) ) | |
| *Defendant,* | ) ) ) | |

    Defendant, Michael Anthony Garcia, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

    In a criminal complaint filed November 21, 2023, the government has charged Mr. Garcia with one count of violating 36 C.F.R. § 261.10(c) by allegedly offering for sale any merchandise or conducting any kind of work activity or service unless authorized, and one count of violating 36 C.F.R. § 261.10(k) by allegedly using or occupying National Forest System land or facilities without special use authorization. Mr. Garcia faces up to 6 months in custody on each count. Mr. Garcia has been issued a summons to appear on January 18, 2024. Counsel is needed in advance to facilitate his initial appearance on January 18, 2024.

///

///

///

Mr. Garcia submits the attached Financial Affidavit as evidence of his inability to retain counsel. After reviewing his Financial Affidavit, it is respectfully recommended that counsel be promptly appointed in advance to facilitate the hearing.

DATED: December 15, 2023         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel be promptly appointed, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **December 15, 2023**           /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE