PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY GARCIA,<br><br>Defendant. | Case No. 1:23-mj-00140-SAB<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-mj-00140-SAB against MICHAEL ANTHONY GARCIA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, as the parties have entered into a Deferred Prosecution Agreement.

DATED: November 18, 2024                     Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                          By:   /s/ *Jeffrey A. Spivak*
                                                      JEFFREY A. SPIVAK
                                                      Assistant United States Attorney

1
2 **O R D E R**
3
4     IT IS HEREBY ORDERED that Case No. 1:23-mj-00140-SAB  against be dismissed, without
5 prejudice, in the interest of justice.
6
7 IT IS SO ORDERED.
8 Dated:  **November 18, 2024**
 
    STANLEY A. BOONE
9     United States Magistrate Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2